UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>Richard R. Wescott</u>

        v.                                       Civil No. 10-cv-598-PB

<u>NH State Prison, Warden, et al</u>


<u>O R D E R</u>

After considering the plaintiff's objection filed April 21, 2011, I herewith approve the Report and Recommendation of Magistrate Judge Landya B. McCafferty dated April 6, 2011, for the reasons set forth therein. The case is hereby dismissed for lack of jurisdiction.

       SO ORDERED.

April 25, 2011                                           <u>/s/ Paul Barbadoro</u>
                                                                Paul Barbadoro
                                                                 United States District Court Judge


cc:     Richard Wescott