UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Richard R. Wescott

    v.            Civil No. 10-cv-598-PB

NH State Prison, Warden, et al

O R D E R

  The court finds that the petitioner has failed to make a substantial showing of the denial of a constitutional right, and therefore declines to issue a certificate of appealabilty. See 28 U.S.C.§ 2253(c)(2); Rule 11, Rules Governing Habeas Corpus Cases Under Section 2254; First Cir. LR 22.0.

  SO ORDERED.

April 26, 2011             */s/ Paul Barbadoro*
                  Paul Barbadoro
                  United States District Court Judge

cc:  Richard Wescott